# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Edens,

Plaintiff(s),

v.

Olight, et al.,

Defendant(s).

Case No. 19-cv-07076
Judge Robert M. Dow

## ORDER

Motion hearing held. Defendants did not appear. Motion for reassignment of cases as related [4] should be noticed up before Judge Norgle. Status hearing is set for 1/15/2020 at 9:00 a.m.
:05


Date: 12/12/2019                                     /s/ Judge Dow