# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Lelyne Edens

                Plaintiff,

v.                                         Case No.: 1:19−cv−07076

                                                    Honorable Charles R. Norgle Sr.

Olight, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 25, 2020:

      MINUTE entry before the Honorable Charles R. Norgle:Status hearing held on 2/25/2020. Plaintiff's oral motion to voluntarily dismiss Civil Action No. 19 C 7076 is granted. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.